## 53028. LACY v. THE STATE.
## 53047. WILSON v. THE STATE.

SMITH, Judge.

These cases arose out of the same transaction, and have substantially the same enumerations of error, as are contained in the case of *Evans v. State,* 139 Ga. App. 607 (229 SE2d 88) and the rulings therein made control the above appeals adversely to the appellant.

The judgments are therefore affirmed.

*Judgments affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED NOVEMBER 2, 1976 — DECIDED JANUARY 5, 1977.

*Robert C. Ray,* for appellants.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, Assistant District Attorneys,* for appellee.